**No. 42900.**—Protest 168462–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is similar to that the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42901.**—Protest 84563–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is similar to that the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42902.**—Protests 730624–G, etc., of John Henschel Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42903.**—Protests 730249–G, etc., of Shalom & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42904.**—Protests 896208–G, etc., of S. Lisk & Bro. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights and antimony pincushions plated with silver. The claim at 50 percent under paragraph 339 was sustained on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) and Abstract 38366.

**No. 42905.**—Protest 972722–G of Roland Syndicate, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and Abstract 41633 the calendars and pencil sharpeners in question were held dutiable at 40 percent under paragraph 339 as claimed.